IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COMMERCIAL BUILDING          *
  MAINTENANCE SERVICES, INC.
                                     *

      Plaintiff
                                     *

      vs.                            CIVIL ACTION NO. MJG-01-464
                                   *

BUILDING ONE SERVICE
  SOLUTIONS, INC., et al.    *

      Defendant            *

\*  \*  \*  \*  \*  \*  \*  \*  \*

ORDER

It appears that the objections to Plaintiffs' amending the Complaint to avoid an ambiguity as to the name of a corporate defendant can be accommodated.

Accordingly:

1. Plaintiff's Motion for Leave to File an Amended Complaint is GRANTED.

2. The proffered Amended Complaint for Damages is deemed filed this date.

3. Defendant Building One's Answer to the original Complaint is deemed to be an Answer to the proffered Amended Complaint for Damages.

4. A Revised Scheduling Order is issued this date.

SO ORDERED THIS 7th DAY OF May, 2001

_____
Marvin J. Garbis