FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 22 P 2: 00

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COMMERCIAL BUILDING                  *
  MAINTENANCE SERVICES, INC.
                                     *
        Plaintiff
                                     *
    vs.                                    CIVIL ACTION NO. MJG-01-464
                                     *
BUILDING ONE SERVICE
  SOLUTIONS, INC., et al.            *

        Defendant                    *

*    *    *    *    *    *    *    *    *

MEMORANDUM AND ORDER

The Court has before it the Motion for Modification of Court's Scheduling Order, to which there has been no timely opposition.

Accordingly:

1. The Motion for Modification of Court's Scheduling Order is GRANTED.

2. The deadline to move to add parties or amend pleadings is extended to August 28, 2001.

3. By September 30, 2001, Plaintiff shall:

    a. Provide the identity of all expert witnesses.

    b. Provide Rule 26(a)(2) information.

    c. Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

4. By December 1, 2001, Defendants shall:

    a. Provide the identity of all expert witnesses.

  b. Provide Rule 26(a)(2) information.

  c. Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

5. By January 7, 2002, Plaintiff shall:

  a. Provide the identity of any rebuttal expert witnesses.

  b. Provide Rule 26(a)(2) information.

  c. Provide dates within 30 days on which each expert is available for deposition so that depositions can be taken.

6. By January 21, 2002, any Rule 26(e) supplementation of disclosures and responses shall be filed.

7. By February 1, 2002, status reports shall be filed.

8. By February 10, 2002, and requests for admission shall be served.

9. By March 29, 2002, any summary judgment motions shall be filed.

10. If no timely summary judgment motion is filed, counsel for Plaintiff shall arrange a telephone conference to schedule further proceedings by April 15, 2002.

SO ORDERED THIS *22nd* DAY OF August, 2001

          _____
          Marvin J. Garbis
          United States District Judge